UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

GERALDINE BROOKS,

                        Plaintiff,                      20 **CIVIL** 7750 (GBD)(JLC)

                -v-                                  **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                      Defendant.

---------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 10, 2022, Magistrate Judge Cott's Report and Recommendation is ADOPTED IN FULL. The Plaintiff's motion for judgment on the pleadings is GRANTED; the Commissioner's motion for judgment on the pleadings is DENIED. The case is remanded to the Social Security Administration for further proceedings consistent with the opinion.

**Dated:**  New York, New York
            March 10, 2022

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                         **BY:**      *K. Mango*

                                                    **Deputy Clerk**